IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case Nos. 3:16-cr-00483-JO |
| Plaintiff, | 3:18-cr-00197-JO |
| v. | **ORDER ON MOTION FOR REDUCTION IN SENTENCE PURSUANT TO 18 U.S.C. § 3582** |
| **ELIJAH LARAY THOMAS,** | |
| Defendant. | |

This Court, having considered Defendant's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582 (C)(1)A)(i), the relevant factors under 18 U.S.C. § 3553 (a), and the government's indication that it has no objection to the motion,

HEREBY GRANTS the Motion for Reduction in Sentence (ECF #99 in -00483 and ECF #49 in -00197).

This court finds that extraordinary and compelling reasons exist to reduce Defendant's sentence.

///

//

Page 1   ORDER ON MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C.
        § 3582(C)(1)(A)(i) (COMPASSIONATE RELEASE)

IT IS FURTHER ORDERED THAT

The concurrent terms of six months' imprisonment imposed on June 23, 2021, in *United States v. Elijah Laray Thomas*, 3:16-CR-00483-JO, in *United States v. Elijah Laray Thomas*, 3:18-CR-00197-JO, are reduced to "time served," and that Defendant is RELEASED.

IT SO ORDERED this 22nd day of September, 2021.

/s/ Robert E. Jones
The Honorable Robert E. Jones
Senior U.S. District Judge

Proposed by:

*/s/ Francesca Freccero*
Francesca Freccero
Attorney for Defendant